1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

In Re:  Thomas D. Pilkington                            )
Attorney at Law, Bar No. 12472                     )
                                                                     )          Case No.: 2:16-ms-82
                                                                     )
                                                                     )          **ORDER OF SUSPENSION**
                                                                     )
                                                                     )
                                                                     )
                                                                     )

On October 20, 2016, this Court entered an Order to Show Cause Suspension mailed to the last known address, 8255 Las Vegas Blvd. S., Unit 1502, Las Vegas, Nevada 89123, via certified mail with a Certified Mail Return Receipt date of delivery of October 24, 2016. However, on October 31, 2016 the Order to Show Cause was returned from the United States Postal Service as unable to forward. The Order to Show Cause provided Mr. Pilkington with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court.  No response has been received from Mr. Pilkington. Failure to respond within 30 days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Thomas D. Pilkington, Nevada State Bar #12472, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this      5      day of December, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

1

**CERTIFICATE OF SERVICE**

2        Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United

3  States District Court, and that on this __6th__ day of December, 2016, I caused to be served a true and

4  correct copy of the foregoing ORDER to the following party at their last known address via Certified

5  Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage

6  prepaid, to the following:

7

8                Thomas D. Pilkington
                 8255 Las Vegas Blvd. S., Unit 1502
                 Las Vegas, NV 89123
9

          Certified Mail No.:   7016 2070 0000 6879 6986
10

11

                      /s/
12                    Deputy Clerk
                      United States District Court,
13                    District of Nevada

14

15

16

17

18

19

20

21

22

23

24

25